

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR., ET AL., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The District Clerk's notification of late record is hereby GRANTED. The record is due February 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court